UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DUGAN,<br><br>   Petitioner,<br><br>  v.<br><br>MATTHEW CATE, et al.,<br><br>   Respondent. | Case No. SA CV 10-1766-JHN (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS THEREFORE ORDERED that Petitioner's request for a stay is denied, Respondent's motion to dismiss is granted, and Judgment will be entered denying the Petition and dismissing this action without prejudice.

DATED: May 2, 2012

                HONORABLE JACQUELINE H. NGUYEN
                UNITED STATES DISTRICT JUDGE