JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DUGAN, | Case No. SA CV 10-1766-JHN (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MATTHEW CATE, et al., | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: May 2, 2012

HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE